**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re:  CAROLINE L. ROSS                    §          Case No. 16-81746
                                            §
                                            §
                                            §
          Debtor(s)                         §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 07/22/2016.

2) The plan was confirmed on 12/09/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 07/05/2018.

5) The case was dismissed on 07/19/2018.

6) Number of months from filing or conversion to last payment: 21.

7) Number of months case was pending: 27.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $34,475.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

Case 16-81746   Doc 47   Filed 10/29/18   Entered 10/29/18 13:05:30   Desc Main
                                  Document      Page 2 of 5

| Receipts: | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 9,900.00 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 9,875.00 |

| Expenses of Administration: | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 4,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 827.75 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,827.75 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| GERACI LAW L.L.C. | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 |
| OCWEN LOAN SERVICING I | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Sec | 2,000.00 | 1,195.12 | 0.00 | 244.25 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Uns | 2,057.00 | NA | NA | 0.00 | 0.00 |
| PERITUS PORTFOLIO SERVICES II | Sec | 12,014.00 | 12,659.64 | 12,659.64 | 3,561.74 | 1,241.26 |
| PERITUS PORTFOLIO SERVICES II | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACCREDO HEALTH GROUP | Uns | 110.00 | NA | NA | 0.00 | 0.00 |
| ALPINE BANK | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Uns | 31.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I, LLC | Uns | 1,322.00 | 1,321.69 | 1,321.69 | 0.00 | 0.00 |
| CARECENTRIX | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 4,400.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK | Uns | 7,425.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 800.00 | 1,499.10 | 1,499.10 | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 2,168.00 | NA | NA | 0.00 | 0.00 |
| DEKALB CLINIC | Uns | 209.00 | NA | NA | 0.00 | 0.00 |
| DEKALB CLINIC CHARTERED | Uns | 209.00 | NA | NA | 0.00 | 0.00 |
| DIRECT MERCHANTS BANK | Uns | 1,013.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DISH | Uns | 319.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL RECOVERY SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 441.00 | 441.53 | 441.53 | 0.00 | 0.00 |
| FOREST CITY DIAGNOSTIC | Uns | 84.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COMMUNITY CREDIT | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| THE ILLINOIS TOLLWAY | Uns | 1,500.00 | 1,730.00 | 1,730.00 | 0.00 | 0.00 |
| KISHHEALTH PHYSICIAN GROUP | Uns | 160.00 | NA | NA | 0.00 | 0.00 |
| KISHHEALTH PHYSICIAN GROUP | Uns | 167.00 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE COMMUNITY | Uns | 1,940.00 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE COMMUNITY | Uns | 1,988.00 | NA | NA | 0.00 | 0.00 |
| LIBERTY MUTUAL | Uns | 141.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERV | Uns | 181.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERV | Uns | 193.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL | Uns | 86.00 | NA | NA | 0.00 | 0.00 |
| OSF HEALTHCARE | Uns | 1,140.00 | NA | NA | 0.00 | 0.00 |
| OSF SAINT ANTHONY MEDICAL | Uns | 1,138.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD OPEN MRI | Uns | 84.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY | Uns | 305.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Uns | 66.00 | NA | NA | 0.00 | 0.00 |
| TOTAL CARD INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| UIDL | Uns | 53.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 43.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 200.00 | 212.42 | 212.42 | 0.00 | 0.00 |
| SFC | Uns | 0.00 | 1,860.00 | 1,860.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

<u>Summary of Disbursements to Creditors:</u>

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 244.25 | $ 0.00 |
| Debt Secured by Vehicle | $ 12,659.64 | $ 3,561.74 | $ 1,241.26 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 12,659.64 | $ 3,805.99 | $ 1,241.26 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 7,064.74 | $ 0.00 | $ 0.00 |

<u>Disbursements:</u>

| | |
|---|---|
| Expenses of Administration | $ 4,827.75 |
| Disbursements to Creditors | $ 5,047.25 |
| **TOTAL DISBURSEMENTS:** | $ 9,875.00 |

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 10/25/2018         By: /s/ Lydia S. Meyer
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)